# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15-cr-874-H |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| HUMBERTO MEDRANO-LIZARRAGA (2), | |
| Defendant. | |

Pursuant to the Motion of the United States, the Court hereby grants leave to dismiss this case against Defendant HUMBERTO MEDRANO-LIZARRAGA (2) without prejudice. The Court finds that the dismissal is based upon the United States' Motion made in the interests of justice.

Accordingly, all charges are hereby DISMISSED without prejudice against Defendant HUMBERTO MEDRANO-LIZARRAGA (2).

**IT IS SO ORDERED.**

DATED: 05/16/2023

Honorable Marilyn L. Huff
United States District Judge